## Commonwealth *v.* Esser, Appellant.

Submitted September 17, 1973. *Robert Harry Esser,* appellant, in propria persona. No appearance entered nor brief filed for appellee.

Order affirmed.